IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN SCOTT, | § | |
| | § | No. 417, 2018 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID K1311015835 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 27, 2018
Decided: August 29, 2018

**O R D E R**

It appears to the Court that, on August 13, 2018, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal in a timely manner. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*____
Justice